IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
         v.                  ) Criminal No. 08-200
                             )
KASUMI TOLEDO ESCOVAR,       )
         Defendant.          )

ORDER

AND NOW, this 30th day of June, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 5, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, July 9, 2008 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Constance Bowden,
      Assistant United States Attorney

      Warner Mariani, Esquire
      428 Forbes Avenue
      Suite 220
      Pittsburgh, PA 15219

      Ana Lahr,
      Court Interpreter

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation